United States District Court
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NH
2019 APR 23 AM 10: 32

FILED

Mesfen A Rowell
<u>Plaintiff</u>

v.

Sargent Vissa /Nurse. Bancroft/
Hillsborough County D.OC
<u>Defendant(s)</u>

Civil Action No. _____
(To be provided by Clerk's Office)

TO BE COMPLETED BY PLAINTIFF
(Check One Only)
(✓) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. <u>Parties</u>

A. Please provide the following information for each plaintiff:

1. Name  Rowell          Mesfen         A
   (Last)            (First)          (Initial)

2. Place of Detention  Hillsborough County D.O.C

3. Institutional Address  445 Willow St. Manchester, NH 03301

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☑ Pretrial Detention Order
   ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed  Jan 11, 2018

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                                      Page 3

B. Please provide the full name, current title and address known for each defendant:

1. Name __Vissa_____(they won't tell me)_____
        (Last)              (First)              (Initial)

2. Title __Sargent_____

3. Address __445 Willow St. Manchester, NH_____
           __03301_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.   Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __The 8th Amendement No Crule and unusual punishment/__
__42.US.C 1983 the right to be Assault free/__
Supporting *Facts*:

A On July 15th 2018 I arrived at the Hillsborough County Deparment of Correction between the hours of 10pm-1am. Upon arrival I was put In a waitting area for a few minuites and brought out to be Booked. When the booking proccess, started I was feeling disoriented So, I asked the booking officer If I can get few miunites. He asked why, and I told I was tased befor I arrived and I'm still feeling the effect.
→ see Attached page.

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                Page 4

Allegation 1

He then proceeded to radio the Sargent on duty. Three minutes later the Sargent arrived. I explaind to the Sargent the same thing I had told the Booking officer. He then proceeded to grab me by the arm and bring me to the property room. I was then pushed into a corner and violently struck on the left side of my face by Sarg. Vissa. I was hit with such force that the right side of my face hit the wall and I instantly started to bleed from a cut from above my eye. He then pushed me out to the booking area. I was then handcuffed to a table while I continued to bleed. He then proceeded to threaten me with more violence if I were to tell anyone about it. He stated that I was just a "Nigger" in New Hampshire and noone is going to blieve me or care.

* He violated my 8th Amendement right to cruel and unusual punishement as well as my right to be assault free under 42. U.S.C 1983. I was punished for seeking some some time to gather myself befor I was booked. The assault was unprovoked and Unneccessary.

4/2/19

* Due to this incident I have been suffering from severe Headaches, rining of the ear, and severe P.T.S.D that has been causing me nightmares for months. I am scared for my life because officer Vissa is still comes to my housing unit. It has taken almost a year to gather the courage to do the right thing and seek justice.

Allegation 2: 42 U.S.C 1983 (the right to seek Medical attention.)

Supporting *Facts*: right after the assault I was Seen by nurse Bancroft. Upon arrival nurse Bancroft was more Concerned with completing the booking assesment than tend to my ~~pleading~~ bleeding. As I Sat there bleeding she continued to ask me booking questions. I had Informed her that I was In a lot of pain yet she kept looking at Sargent Vissa who was Standing behind me. He then gave her a wet towel to clean me up. She wiped the blood of my face and Continued the booking proccesse I Sat there In pain suffring (See Att. page)

Allegation 3: 42 U.S.C. 1985, 1986 Conspairacy to Interfare with Civil Right / to prevent conspircy.

Supporting Facts: during this Incident there were other officers that were present yet Not one Induvidual tried to stope the assault or filed an Incident report. accourding to Lt. Brown there is no Incident report for that date. I also notified Lt. fitizpatric at the Incident yet he Chose to Ignore It. they Contive to Send Sgent Vissa to my housing unite to creat anxiety for me as well as Intesfue the P.T.S.D. I Continue to Suffer. → See Att pag

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.  Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): I would like for the Courts to order the facility to Send me to a specialist to have my head examined aswell as find the deffendents Lible for damages In excess of $2,000,000 to Include punitive damages.

Mesfen Rowell

Date: 4/2/19

Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                                              Page 5

## Allegation 2

By her not doing her job or Informing her Superiors she failed to do her job and violated my Constitutional right to seek and recive medical threatment Under 42. U.S.C 1983. the only medical treatment Concerning the injuury sustained on July 15 2o18 was a I recive is a cleaning of the blood from my face with a wet towel. I pleaded with Nurse. Bancroft to help me yet she refused to do anything. Infact she wanted to Complete her part of the booking proccess and leave as fast as possible. She was either scared of Sargent Vissa or she did not care at all.

4/2/19

## Allegation 3

through out all this, I have filled out request form as well as a verbal grivances yet that all went anansswerd. I truly bli'eve thy are being tossed out and not given any attention. I have asked and filled out to have my head examined yet I have not recived ay form of treatment other than Ibuphrophen. I also spoke to Lutenant Fitzpatric. he assured me he will do Something about It yet these Individuals are still employed while I Continue to Suffer. I have asked annd written seeking the Incident reports yet noone seems to find anything on that date. I can prove I was here around yet I am being told I was never In this facilty at that time. This Seems like a cover up Involving ranking officers as well as the owners of this facility. I will assault beat you and cover it up by all mean Neccessary. In order to feel my Self again, I am Seeking Justice through our great Judical System.

4/2/19

State of New Hampshire ]
County of Hillsborough ] ss
 ]

_Russell Meshon an elisa_, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this __2nd__ day of __APRIL__, 20__19__..

_____
Notary Public/Justice of the Peace

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

__4/2/19__                    _____
DATE                                                    SIGNATURE

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)    NO ( )
(check one only)

Date: __4/2/19__        _____
                                    Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                    Page 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|                      | )                   |
|----------------------|---------------------|
| *Plaintiff(s)*       | )                   |
| v.                   | ) Civil Action No.  |
|                      | )                   |
| *Defendant(s)*       | )                   |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                    *Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: