```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

Mesfen A. Rowell

   v.                                          Case No. 19-cv-419-JL

Sgt. FNU Vissa, Nurse FNU Bancroft,
Hillsborough County Department of Corrections

### REPORT AND RECOMMENDATION

Before the court is plaintiff Mesfen A. Rowell's motion/response to affirmative defenses (Doc. No. 34) and his motion seeking entry of a default judgment or contempt (Doc. No. 33). Essentially for the reasons stated in defendants' objections (Doc. Nos. 35, 36), including that an answer to the complaint was filed within the time allowed, and because the merits of the claims and affirmative defenses need not be the subject of any dispositive ruling at this time, Mr. Rowell's motions (Doc. Nos. 33, 34) should be denied.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). That period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

June 22, 2020

cc:  Mesfen A. Rowell, pro se
     Matthew Vernon Burrows, Esq.